**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 26 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

4:20MJ233-BD

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   6:20-mj-6002 |
| | ) | |
| BRANDEN LEE BREWER | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BRANDEN LEE BREWER                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Possession of Methamphetamine, a Schedule II controlled substance, with Intent to Distribute; 21 U.S.C. § 841(a)(1); and

COUNT TWO: Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 924(c)(1)(A).

Date:     10/23/2020

_____
*Issuing officer's signature*

City and state:     Texarkana, Arkansas

Hon. Barry A. Bryant, United States Magistrate
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date:
                                                                    _____
                                                                    *Arresting officer's signature*

                                                                    _____
                                                                    *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   6:20-mj-6002 |
| | ) | |
| BRANDEN LEE BREWER | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     BRANDEN LEE BREWER
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT ONE: Possession of Methamphetamine, a Schedule II controlled substance, with Intent to Distribute; 21 U.S.C. § 841(a)(1); and

COUNT TWO: Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 924(c)(1)(A).

Date:     10/23/2020

_____
*Issuing officer's signature*

City and state:     Texarkana, Arkansas

Hon. Barry A. Bryant, United States Magistrate
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/23/2020 , and the person was arrested on *(date)* 10/26/2020 at *(city and state)* CONWAY, AR . |
| Date: 10/26/2020 |
| *Arresting officer's signature* |
| SA KEN Bolton DEA |
| *Printed name and title* LRDO |

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Oct 23, 2020

OFFICE OF THE CLERK

*AO 91 (Rev. 11/11) Criminal Complaint*

===============================================================

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas
### Hot Springs Division

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | Case No.   6:20-mj-6002 |
| | ) | |
| Branden Lee Brewer | ) | |

## CRIMINAL COMPLAINT

I, the Complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT ONE

On or about October 23, 2020, in the county of Hot Spring, in the Western District of Arkansas, the Defendant, Branden Lee Brewer, did knowingly and intentionally possess with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT TWO

On or about October 23, 2020, in the county of Hot Spring, in the Western District of Arkansas, the Defendant, Branden Lee Brewer, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, namely methamphetamine, as charged in Count One of this Complaint, in violation of Title 18, United States Code, Section 924(c)(1)(A).

This criminal complaint is based on these facts:

■ See attached affidavit of DEA Special Agent Kenneth Bolton.

(Appearing via telephone conference call at 866-880-0098)
*Complainant's Signature*

Special Agent Kenneth Bolton, DEA
*Complainant's printed name and title*

Page 1 of 2

Attested to by the Complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
appearing by telephone call at 866-880-0098 (*specify reliable electronic means*).

Date:   October 23, 2020

_____
*Judge's signature*

City and State:  Texarkana, AR

Barry A. Bryant, United States Magistrate Judge
*Printed name and title*

Page 2 of 2

**AFFIDAVIT**

I, Kenneth Bolton, being duly sworn, do hereby depose and swear as follows:

1.      I have been a Special Agent (SA) with the DEA since April of 2019, during which time I have participated in numerous investigations involving narcotics trafficking. Prior to my employment as a Special Agent with the DEA, I was employed as a Signal Officer for the United States Army Special Operations Command (USASOC) where I served as an audio-visual, multimedia, telecommunications, and psychological operations Commander supporting Special Operations Forces (SOF), Military Information Support Operations (MISO) Forces, Joint Department of Defense Task Forces, and provided Defense Support to Civil Authorities (DSCA) conducting Federal Emergency Management Agency (FEMA) humanitarian operations for approximately 4 years.

2.      As a DEA Special Agent, I have received and completed the 16-week Basic Agent Training at the DEA Justice Training Center in Quantico, Virginia. While attending Basic Agent Training, I received courses on methods of unlawful drug trafficking, the means by which drug traffickers and/or manufacturers derive, launder, and conceal their profits from drug trafficking, the use of assets to facilitate unlawful drug trafficking activity, surveillance techniques, narcotics identification, evidence handling, law, current trends/patterns involving the distribution of narcotics, law permitting the forfeiture to the United States of assets purchased with drug proceeds or assets used or intended to be used to facilitate the drug violations, as well as other areas of drug enforcement. Upon successful completion of the DEA Academy, I have been assigned to the DEA's New Orleans Division, Little Rock District Office (LRDO) Task Force Group-One (TFG-1) and have been so assigned since August of 2019.

3.      Since my employment with DEA, I have conducted and/or participated in

1

numerous investigations involving illegal drugs and money laundering. During these investigations, I have been involved in seizures of methamphetamine and bulk United States currency. I have interviewed numerous subjects/defendants involved in and/or arrested for drug and narcotics violations and money laundering. I also have participated in numerous joint, inter-agency federal and state investigations. Additionally, I have established and supervised confidential sources; prepared and executed search warrants and arrest warrants; conducted physical surveillance; and monitored and reviewed court-ordered and consensually-recorded conversations of drug traffickers.

4.      Through my training and experience, including on-the-job discussions with other law enforcement agents and cooperating suspects, I am familiar with the activities of drug smugglers and drug trafficking distribution networks. I am familiar with coded language that drug traffickers use during telephone conversations to disguise their illegal activities and the manner in which they conduct these illegal activities. I am familiar with drug trafficker's methods of conversion for the transportation, concealment, and production of methamphetamine. During the conduct of my official duties, I have prepared and assisted other law enforcement officers in the preparation and execution of various search warrants, arrest warrants, and criminal complaints. During the preparation of this Affidavit, I have consulted with senior agents of the DEA assigned to the LRDO, who have additional experience in conducting complex drug investigations including drug trafficking and money laundering conspiracy cases, and multiple Title III investigations.

5.      In connection with my official DEA duties, I investigate criminal violations of the federal narcotics laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846, 848, and 860; money laundering laws, including Title 18, United States Code, Sections

2

1956 and 1957; and firearm laws, including Title 18, United States Code, Section 922, in
addition to other violations.

## PURPOSE OF AFFIDAVIT

6.     This affidavit is submitted in support of a criminal complaint, alleging that
Branden BREWER (hereinafter "B. BREWER) and Amber BREWER (hereinafter "A.
BREWER") violated Title 21, United States Code, Section 841(a)(1) (possession with intent to
distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance)
and 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking offense)
exists.

7.     The information contained in this affidavit is based upon information provided by
other DEA special agents, other federal, state and local law enforcement officers, and my own
personal investigation. The information is submitted for the sole purpose of establishing
probable cause for the criminal complaint discussed herein. As a result, it does not contain every
fact known to me concerning this investigation.

8.     Because of this Affidavit's limited purpose, it does not contain all of the facts
known to me or other law enforcement officers about the investigation. Specifically, I have set
forth only those facts I believe are necessary to establish probable cause in support of the
criminal complaint and arrest warrant.

## STATEMENT OF FACTS

9.     On October 23, 2020, at approximately 12:44 a.m., Arkansas State Police (ASP)
Trooper (Troop K) Dustin Arnold was conducting routine patrol, traveling eastbound on
Interstate 30 near the 83 mile marker, near Malvern, Arkansas, with ASP Trooper and K9
handler Tim Callison when they observed a black Chevy Silverado pickup truck pass them

3

traveling above the posted speed limit. ASP Trooper Arnold began following the black Chevy

Silverado and noticed Arkansas registration WPWFG displayed on the rear of the vehicle. ASP

Trooper then conducted a traffic stop on the black Chevy Silverado at approximately the 86

eastbound mile marker. After coming to a stop, ASP Trooper Arnold approached the driver side

of the vehicle and identified the driver to be B. BREWER and the front passenger to be A.

BREWER, who is B. BREWER's wife. B. BREWER stated to ASP Trooper Arnold that he was

coming from Dallas, Texas and meeting friends in a few hours. ASP Trooper Arnold asked B.

BREWER if he had anything illegal in the vehicle and he stated he did not. Shortly Thereafter,

ASP Trooper and K9 handler Callison ran K9 Rino around the Chevy truck. K9 Rino is a trained

and certified narcotics detector canine working for ASP, and as such is capable of detecting and

alerting to the presence of certain controlled substances, to include methamphetamine, even

when those substances are inside of a closed vehicle and K9 Rino is outside. ASP Trooper

Callison is also trained and certified as K9 Rino's handler. According to ASP Trooper Callison,

when he ran K9 Rino around the Chevy truck's exterior, K9 Rino gave what ASP Trooper

Callison recognized from his training and experience as a positive indication that K9 Rino had

detected the presence of illegal narcotics inside the Chevy Truck. During the resulting probable

cause search, ASP Trooper Arnold and ASP Trooper Callison located approximately 7.5 pounds

of suspected methamphetamine (contained within four (4) separate packages, wrapped in duct-

tape) in a duffle bag (which also contained women's clothing) behind the driver's seat, along

with an undetermined amount of United States Currency. They also located one (1) semi-

automatic Smith and Wesson SD9 VE handgun (S/N: FZU4793, loaded with one (1) round in the

chamber) in an open pocket on the driver's side of the Chevy truck's center console, where it

was visible to anyone in the driver's seat, but accessible to both the driver and any front seat

4

passenger. ASP Trooper Callison conducted a TruNarc inspection on one of the packages of suspected methamphetamine which resulted in a presumptively positive for the presence of methamphetamine

10.     ASP Trooper Callison notified your affiant and Task Force Officer (TFO) Nathan Robbins of DEA Little Rock District Office Task Force Group – One of B. BREWER's and A. BREWER's arrests and the seizure of the suspected methamphetamine, one (1) loaded semi-automatic handgun, and undetermined amount of United States Currency and sought assistance with the investigation. Your affiant and TFO Robbins responded to the ASP Troop Headquarters in Malvern, Arkansas where they seized the suspected methamphetamine, one (1) semi-automatic handgun, two (2) handgun magazines, an undetermined amount of ammunition, and an undetermined amount of United States Currency from ASP Trooper Arnold and ASP Trooper Callison.

11.     Following B. BREWER's and A. BREWER's arrest by ASP, both were transported to the Hot Springs County jail and charged with certain state offenses. Your affiant and TFO Robbins seized the four (4) packages of suspected methamphetamine and undetermined amount of United States Currency from ASP Trooper Callison and ASP Trooper Arnold and transported it to the DEA Little Rock District Office for storage, safekeeping, and further analysis. Per ASP Trooper Callison, the four (4) duct-tape packages containing suspected methamphetamine was field tested and presumptively positive for the presence of methamphetamine via TruNarc. The four (4) duct-tape packages weigh a total of approximately 3,638.8 gross grams and is pending shipment and transfer of custody to the DEA's Southeast Laboratory for safekeeping and further analysis. Based upon my training and experience, possession of such a large quantity of methamphetamine indicates the possessor's intent to

5

distribute it to others, and is not consistent with possession merely for personal use. The one (1) semi-automatic handgun, two (2) handgun magazines, and ammunition was seized by TFO Robbins and your affiant from ASP Trooper Callison and ASP Trooper Arnold and taken to the City of Jacksonville Police Department B.E.A.S.T. property management system for storage and safekeeping.

## CONCLUSION

12. Based upon the foregoing, your affiant asserts that there is probable cause to believe that B. BREWER and A. BREWER have committed violations of Title 21, United States Code, Section 841(a)(1) (possession with intent to distribute a controlled substance, namely methamphetamine, a Schedule II controlled substance) and 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking offense).

FURTHER YOUR AFFIANT SAYETH NOT.

(Appearing via telephone conference call at 866-880-0098)
Kenneth William Bolton
Special Agent
U.S. Drug Enforcement Administration
Little Rock District Office

Attested to by the Complainant on this 23rd day of October, 2020, in accordance with the requirements of Fed. R. Crim. P. 4.1, by appearing by telephone call at 866-880-0098.

Barry A. Bryant
United States Magistrate Judge
Western District of Arkansas

6