UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                              Case No.: 4:20–mj–00233–BD

**Branden Lee Brewer**                                                                  **Defendant**

## NOTICE OF VIDEO HEARING

    PLEASE take notice that a Initial Appearance has been set by videoconference in this case for October 27, 2020, at 03:15 PM before Magistrate Judge Beth Deere in Little Rock Courtroom # 1D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** October 26, 2020              AT THE DIRECTION OF THE COURT
                                         JAMES W. McCORMACK, CLERK

                                         **By:**  Suzy Flippen, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas