# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA          PLAINTIFF

V.      E.D. ARK CASE NO. 4:20-MJ-233-BD-1
       W.D. ARK CASE NO. 6:20-MJ-6002

BRANDON LEE BREWER          DEFENDANT

## ORDER APPOINTING COUNSEL

Defendant Brandon Lee Brewer was arrested in this District on a warrant. An initial appearance hearing was held on October 27, 2020.

Because the Defendant was entitled to an immediate hearing, B. Dale West was appointed to represent him for his initial appearance. If Mr. Brewer is unable to afford a lawyer for further proceedings in this matter, he must submit a financial affidavit within 10 days of this Order. Once a qualifying affidavit is submitted, Mr. West's appointment will be permanent.

IT IS SO ORDERED, this 27th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE