# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

V.          **E.D. ARK. CASE NO. 4:20-MJ-233-BD-1**
             **W.D. ARK CASE NO. 6:20-MJ-6002**

**BRANDEN LEE BREWER**                                              **DEFENDANT**

## ORDER

On October 27, 2020, Defendant Branden Lee Brewer appeared with counsel B. Dale West for an initial appearance on an indictment out of the United States District Court for the Western District of Arkansas, Case No. 6:20-MJ-6002. The Government, represented by Assistant United States Attorney Kristin Bryant, sought pre-trial detention.

Mr. Brewer did not challenge identity. He waived the right to an immediate bond hearing in this Court but reserved the right to request a hearing later.

Mr. Brewer is remanded to the custody of the United States Marshal pending a bond hearing. Meanwhile, Mr. Brewer must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED, this 27th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE