IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

**VS.**            **E.D. ARK. CASE NO: 4:20-MJ-233-BD-1**
                       **W.D. ARK. CASE NO: 6:20-MJ-6002**

**BRANDEN LEE BREWER**                                        **DEFENDANT**

### ENTRY OF APPEARANCE

COMES NOW, George "Birc" Morledge, IV., of the Morledge Law Firm, and for his Entry of Appearance states that he has been retained by the defendant and requests that all pleadings and pertinent correspondence in this cause of action be directed from this day forward to Morledge Law Firm, 300 S. Spring St., Ste. 615, Little Rock, Arkansas, 72201.

WHEREFORE, George "Birc" Morledge, IV, of the Morledge Law Firm, prays that he be entered as attorney of record for Jessica Ball in the above-captioned cases.

                                               Respectfully submitted,

                                               George "Birc" Morledge, IV
                                               Ark Bar No: 08048
                                               MORLEDGE LAW FIRM
                                               300 S. Spring St., Ste. 615
                                               Little Rock, AR 72201
                                               (501) 615-8844 office
                                               (501) 590-3050 mobile
                                               (501) 812-3385 fax
                                               e-mail: gbmorledge@gmail.com

                                               *Attorney for Defendant*