# Patricia Murray

| | |
|---|---|
| **From:** | Patricia Murray |
| **Sent:** | Friday, November 13, 2020 2:51 PM |
| **To:** | InterdistrictTransfer_ARWD |
| **Subject:** | Transmitting Rule 5(c)(3) documents USA vs Branden Lee Brewer |
| **Attachments:** | 20-233 Branden Brewer docket sheet-1.pdf |

Attached is a copy of the certified docket sheet for 4:20-MJ-00233 regarding 6:20-MJ-6003.  Any other document needed can be downloaded directly from PACER.

Thank you.

/s/  Patricia L. Murray
Deputy Clerk

